UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES LIABILITY INSURANCE COMPANY, *a foreign corporation*,<br><br>      Plaintiff,<br><br>  v.<br><br>LARRY BRYANT,<br>*doing business as* Washington Park Liquor,<br><br>      Defendant. | Case No. 10-cv-129-JPG |
| LARRY BRYANT,<br>*doing business as* Washington Park Liquor,<br><br>      Counter Claimant,<br><br>  v.<br><br>UNITED STATES LIABILITY INSURANCE COMPANY, *a foreign corporation*,<br><br>      Counter Defendant. | Case No. 10-cv-129-JPG |

## **DECLARATORY JUDGMENT**

In accordance with the Memorandum and Order (Doc. 57) entered this day, the Court

**DECLARES** as follows:

    Pursuant to Policy No. BP 1007484, United States Liability Insurance Company does not have a duty to indemnify or defend Larry Bryant for loss stemming from the fire of January 28, 2009, that occurred at Washington Park Liquor, 4800 Caseyville Avenue, East St. Louis, Illinois 62204.

    ADDITIONALLY, IT IS HEREBY ORDERED AND ADJUDGED that judgment is

entered in favor of Plaintiff/Counter Defendant United States Liability Insurance Company and

against Defendant/Counter Claimant Larry Bryant.

IT IS FURTHER ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**NANCY ROSENSTENGEL, CLERK**

**Dated: June 16, 2011**          <u>**s/Brenda K. Lowe, Deputy Clerk**</u>

**Approved:**   <u>s/ J. Phil Gilbert</u>
**J. PHIL GILBERT**
**DISTRICT JUDGE**